UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YANELIS LARA,<br><br>    Defendant | No. 1:23-MC-91134-ADB<br>No. 1:23-MJ-08004-PGL |

NOTICE OF WITHDRAWAL
OF COUNSEL FOR THE UNITED STATES

Undersigned counsel hereby withdraws as counsel for the United States of America. As of the end of the day today I will no longer be serving as an Assistant U.S. Attorney in the District of Massachusetts. The United States will continue to be represented in this matter by the United States Attorney for the District of Massachusetts and her designee(s). If no Assistant U.S. Attorney has entered an appearance in this matter, please forward pleadings and orders to the USAO duty attorney.

Respectfully submitted,

By:    *s/ John T. McNeil*
JOHN T. McNEIL
Assistant United States Attorney
617/748-3142
john.mcneil@usdoj.gov
BBO No. 550473

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*s/ John T. McNeil*
John T. McNeil
Assistant United States Attorney


Date: February 28, 2025